# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHKEEM DESHAVIER WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>KINGS COUNTY DISTRICT ATTORNEY'S OFFICE; ROBERT STOVER,<br><br>Defendants. | **Case No. 1:18-cv-00416-DAD-SKO**<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS***<br><br>**(Doc. 3)** |

Plaintiff Ahkeem Deshavier Williams, proceeding *pro se*, filed a complaint on March 27, 2018 (Doc. 1), along with an application to proceed *in forma pauperis*. Plaintiff's application demonstrates entitlement to proceed without prepayment of fees. Accordingly, IT IS HEREBY ORDERED that Plaintiff's application to proceed *in forma pauperis* is GRANTED.

New documents will issue after the Court has reviewed Plaintiff's complaint.

IT IS SO ORDERED.

Dated: **March 29, 2018**     /s/ *Sheila K. Oberto*
           UNITED STATES MAGISTRATE JUDGE