UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHKEEM DESHAVIER WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>KINGS COUNTY DISTRICT ATTORNEY'S OFFICE, et al.,<br><br>Defendants. | No. 1:18-cv-00416-DAD-SKO<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. 6) |

On July 12, 2018, Plaintiff filed a Notice of Dismissal,[1] in which Plaintiff notifies the Court of the dismissal of this action without prejudice. (Doc. 6.) Plaintiff filed this notice before the opposing parties served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed this matter without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court therefore DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated: **July 13, 2018**　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes the document was erroneously captioned by Plaintiff as a motion to dismiss his complaint.